**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **BARBARA L. KELSON,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:11-CV-251** |
| | § | |
| **CAROLYN W. COLVIN,** | § | |
| **Acting Commissioner of Social Security,** | § | |
| | § | |
| *Defendant.* | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report recommending that the Commissioner's decision denying plaintiff's application for social security benefits be reversed and remanded. Judge Giblin specifically concluded that the case should be remanded for further explanation of the ALJ's evaluation of the plaintiff's alleged mental impairment and the failure to consider and properly weigh the relevant medical evidence. The Court has received and considered the report along with the record and pleadings.

No party has filed objections to the magistrate judge's report. The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct. It is **ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. #15] is **ADOPTED.**

The Commissioner's decision in this action is **REVERSED and REMANDED** in accordance with the magistrate judge's recommendation. The Court will issue final judgment

separately, remanding this action to the Commissioner for rehearing under the fourth sentence of 42 U.S.C. § 405(g).

So **ORDERED** and **SIGNED** this **28** day of **March, 2013.**

_____
Ron Clark, United States District Judge